UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CORNELL SMITH,<br><br>    Petitioner,<br><br>vs.<br><br>DONOVAN CORRECTIONAL FACILITY,<br><br>    Respondent. | Case No. CV 07-6908-SVW(RC)<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

    Pursuant to 28 U.S.C. Section 636, the Court has reviewed the Petition and other papers along with the attached Report and Recommendation of United States Magistrate Judge Rosalyn M. Chapman, and has made a *de novo* determination.

    IT IS ORDERED that (1) the Report and Recommendation is approved and adopted; (2) the Report and Recommendation is adopted as the findings of fact and conclusions of law herein; and (3) Judgment shall be entered dismissing the petition and action without prejudice.

//
//
//


IT IS FURTHER ORDERED that the Clerk shall serve copies of this Order, the Magistrate Judge's Report and Recommendation and Judgment by the United States mail on the parties.

DATED: JUN 10 2008

STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE

R&Rs\07-6908.ado
1/16/08