UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CORNELL SMITH, | ) | Case No. CV 07-6908-SVW(RC) |
| Petitioner, | ) | |
| vs. | ) | JUDGMENT |
| DONOVAN CORRECTIONAL FACILITY, | ) | |
| Respondent. | ) | |

Pursuant to the Order of the Court adopting the findings, conclusions, and recommendations of United States Magistrate Judge Rosalyn M. Chapman,

IT IS ADJUDGED that the petition for writ of habeas corpus is dismissed without prejudice.

DATE: JUN 10 2008

STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE

R&R\07-6908.jud
1/16/08